## UNITED STATES COURT OF INTERNATIONAL TRADE

```
-----------------------------------------------------------------x
IKKO International Trading LLC,                        :
                                                      :
                                                      :
                    Plaintiff,                        :
                                                      :
               v.                                     :          Court No. 22-00119
                                                      :          Case Management Calendar
United States,                                        :
                                                      :
                    Defendant.                        :
                                                      :
-----------------------------------------------------------------x
```

### <u>ORDER</u>

Upon consideration of the consent motion filed by plaintiff to extend for an additional six months the time that the designated action may remain on the Case Management Calendar, and after due deliberation, it is

**ORDERED** that this action is to remain on the Case Management Calendar through April 30, 2025.

_____
                                                            Judge

Dated: New York, New York
       _____ 2024.

## UNITED STATES COURT OF INTERNATIONAL TRADE

```
------------------------------------------------------------x
IKKO International Trading LLC,                :
                                              :
                                              :
                     Plaintiff,               :
                                              :
               v.                             :        Court No. 22-00119
                                              :        Case Management Calendar
UNITED STATES,                                :
                                              :
                     Defendant.               :
                                              :
------------------------------------------------------------x
```

## <u>CONSENT MOTION TO EXTEND TIME ON CASE MANAGEMENT CALENDAR</u>

Plaintiff, through undersigned counsel, respectfully moves pursuant to Rules 1, 7, and 83(c) of the Rules of the U.S. Court of International Trade, for an order to extend this action on the Customs Case Management Calendar for six months from October 31, 2024, through April 30, 2025. Under USCIT R. 83(c), good cause exists for granting this consent motion. This is the second request to extend on the CMC.

This case involves the tariff classification of sushi ginger. This issue is currently also before the Court in *Wismettac Asian Foods, Inc. v. United States*, Court No. 22-00193. At present, in the interests of conserving judicial resources, plaintiff is considering seeking to stay the instant case pending the outcome of *Wismettac*, but plaintiff requires additional time to finalize its approach. This process has taken longer than anticipated due to the departure from the undersigned firm of the attorney who previously had primary responsibility for this litigation.

On October 29, 2024, Luke Mathers, Esq., counsel for defendant, consented to the relief requested by this motion.

WHEREFORE, we respectfully request that the Court grant this consent motion and order this action to be extended on the Case Management Calendar from October 31, 2024, through April 30, 2025.

Respectfully submitted,

GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
*Attorneys for Plaintiff*
599 Lexington Avenue, 36th Floor
New York, New York 10022
Tel. (212) 557-4000
JSpraragen@gdlsk.com

By: */s/ Joseph M. Spraragen*
      Joseph M. Spraragen

Dated: October 29, 2024
        New York, New York

12996796_1